C. Yong Jeong, Esq. (SBN 255244)
Brennan J Mitch, Esq. (SBN. 279109)
JEONG & LIKENS, L.C.
1055 W 7TH St. Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002
Email. Jeong@jeonglawfirm.com
         Brennan@jeonglawfirm.com

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC., a Washington Corporation; SOURCE 4 DESIGN, INC. d/b/a EBBY BY FARINA TAGHAVI, a Washington Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case Number: CV11-09714-MWF(AGRx)**<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to stipulation of the parties to this action, the complaint of plaintiff Novelty Textile, Inc. against defendants Nordstrom, inc. and Source 4 Design, Inc. shall be dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED:   September 6, 2012

*/s/ Michael W. Fitzgerald/*

Judge, United States District Court
Honorable Michael W. Fitzgerald

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE